IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL DEMPS, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANTS' NOTICE OF |
| vs. | ) | REMOVAL |
| | ) | |
| JVB CONSULTING, INC., and EXPRESS | ) | |
| DISTRIBUTION LLC, | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that on August 7th, 2019, Defendants JVB Consulting and Sales, LLC and Express Distribution, LLC, by and through their counsel of record, hereby remove to this Court the state court action described below:

1.      On July 18, 2019, an action was commenced in Douglas County District Court, Omaha, Nebraska, entitled *Michael Demps v. JVB Consulting, Inc., and Express Distribution LLC,* Case No. CI 19-5621. This is a civil action requesting damages for alleged racial discrimination under 42 U.S.C. § 1981, an alleged breach of contract, and an alleged violation of the Nebraska Wage Payment and Collection Act.

2.      JVB Consulting was served by certified mail on July 24, 2019. Express Distribution was served by certified mail on July 23, 2019. This Notice of Removal is timely because it was filed within thirty days of service.

3.      All of the defendants join in this Notice of Removal.

4.      Copies of the summonses served on each defendant are attached, along with a copy of the Complaint and the service returns.

5.    This Court has jurisdiction and this case may be removed to this Court by the defendants based upon federal question jurisdiction pursuant to the provisions of 28 U.S.C. § 1331.

WHEREFORE, Defendants pray that this action be removed to the United States District Court for the District of Nebraska.

DATED this 7th day of August, 2019.

JVB CONSULTING AND SALES, LLC, and EXPRESS DISTRIBUTION, LLC, Defendants

By:    ATWOOD, HOLSTEN BROWN, DEAVER & SPIER, P.C, L.L.O.

By:    /s/ Jeanette Stull
       Jeanette Stull, #21257
       575 Fallbrook Blvd, Suite 206
       Lincoln, NE 68521
       Telephone: (402) 476-4400
       Facsimile: (402) 476-4410
       jstull@atwoodlawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7th, 2019, the above and foregoing was served upon Plaintiff, by and through his attorney of record, Abby Osborn, by electronical delivery through the CM/ECF system.

/s/ Jeanette Stull
Jeanette Stull

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI190005621
Transaction ID: 0009023518
Filing Date: 07/18/2019 01:10:14 PM CDT

## IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| MICHAEL DEMPS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 19-5621 |
| | ) | |
| v. | ) | COMPLAINT AND DEMAND FOR |
| | ) | JURY TRIAL |
| JVB CONSULTING, INC., | ) | |
| and EXPRESS DISTRIBUTION | ) | |
| LLC., | ) | |
| | ) | |
| Defendants. | ) | |

### INTRODUCTION

**COMES NOW** the Plaintiff, by and through his attorney, and for his cause of action against the Defendants, states and alleges as follows:

1. This is an action for damages against the Defendants for breach of contract and acts in violation of Plaintiff's rights as guaranteed under 42 U.S.C. § 1981; and Attorney's Fees pursuant to 42 U.S.C. § 1988.

### VENUE

2. Plaintiff, Michael Demps, is a resident of Lancaster County, Nebraska.

3. Defendant, JVB Consulting ("JVB") is a Nebraska L.L.C. with its principal place of business is located at 5627 Oak Hills Drive Omaha, NE 68127. At all relevant times, Defendants has been qualified and registered to do business in the state of Nebraska.

1

4. Defendant, Express Distribution LLC, is a Limited Liability Corporation is a domestic corporation licensed to do business in the State of Nebraska.

5. The acts and events complained about therein arose out of Plaintiff's employment with Defendants in this county and thus venue is proper in Douglas County.

**FACTS**

6. Plaintiff is an African American man who was employed by the Defendants starting in July 2017. At all times relevant, Plaintiff's work performance was satisfactory.

7. Plaintiff worked under the supervision of Monte Brown, owner of JVB Consulting as the National Sales Director.

8. JVB Consulting is a startup sales company in Omaha that sells products to car dealerships nationwide.

9. Express Distribution performs business as and with JVB Consulting to sell products to car dealerships nationwide.

10. Defendants employs at least 10 full time employees in four different states.

11. Defendants began contacting the Plaintiff by phone and text in March of 2017.

2

12. Monte Brown encouraged Plaintiff to leave his previous job and work for the Defendants.

13. On or about June 6, 2017, Plaintiff and Defendants agreed to the Plaintiff's employment for at least one year of employment with a salary guarantee and a gross percentage of sales on top of the guarantee.

14. The terms offered by the Defendant in writing and accepted by Demps included the following:

   a. Agreement of a calendar year of performance and a 2-3 year potential growth model,

   b. Transition into sales manager/area manager role,

   c. Employee of Express Distribution and JVB Consulting,

   d. Salary of $153,000 annually with $1,000 monthly of this amount identified as home office, phone, car allowance.

   e. Commissions earned which exceed this number will be paid as salary plus the difference in commission. Example Salary = $12,750/Month. Commissions for one month total $15,000 total. (This breakdown is offered for taxable wage consideration).

   f. Gas card/reimbursement for travel during business hours only, non-personal use exclusively for business travel. Travel

3

reimbursement for approved flights and marketing/sales travel including Hotel for overnight stays.

g. Monthly car/office/phone allowance non-taxed at $1,000 per month (included in the salary (not in addition to).

h. Ownership/Stock equity if available.

i. 96 hours of earned PTO (80 hours – vacation) taken with advanced notice and manager approval (16 hours of short notice PTO, emergencies, sick, bereavement, etc.)

j. Bi-annual performance reviews.

15. Plaintiff agreed to the terms offered by the Defendants and left his prior employment to work for the Defendants.

16. On or about July 15, 2017, Plaintiff began working for the Defendants.

17. Throughout his employment, Plaintiff was subjected to different terms and conditions of employment based on his race.

18. Plaintiff was required to pay more for health insurance than other non-black employees.

19. Even prior to the Plaintiff's official start date, Plaintiff was requested to take trips to sell the Defendants' products in various states.

20. Defendants consulted with the Plaintiff about the sales that resulted from various trips taken by the Plaintiff.

4

21. Plaintiff was promised reimbursement for his expenses for the sales trips but was not reimbursed for the trip.

22. In the late summer and fall of 2017, Plaintiff was required to go on several out of state trips to sell the Defendants' product, and to correct mistakes made by management and other sales individuals in order to maintain the customers.

23. Plaintiff was not reimbursed for all of his travel expenses.

24. Throughout the fall, Plaintiff was questioned about his activities and that of the sales force.

25. Plaintiff would continue to provide regular updates via email regarding his own activities and that of the sales force.

26. The Plaintiff also participated in daily recap phone calls.

27. Plaintiff was addressing concerns with the product so that he could sell the product to increase sales.

28. Plaintiff organized sales events to host customers at the direction of the Defendants. Plaintiff was informed he would be reimbursed for his expenses.

29. Plaintiff was not reimbursed for expenses related to sales events.

30. As a result of one sales event, Plaintiff developed a potential lead for a very large sale.

31. Plaintiff arranged for a trip for the very large sale. Plaintiff was suddenly not allowed to work on the large lead and not allowed to attend the trip he had coordinated.

32. Suddenly, Plaintiff's co-worker (Caucasian) was named the National Sales Director and the Plaintiff was no longer allowed to participate in sales activities as he had been previously.

33. At or around this same time, Plaintiff was locked out of the sales software and not allowed to access the software to complete necessary business requirements.

34. Despite Plaintiff's continued documentation and reporting, Plaintiff was accused of not completing sales and having leads toward subsequent sales.

35. Plaintiff attempted to follow up with the Defendants to discuss the fact that he was locked out of the system and accused of poor performance despite the Plaintiff's records to the contrary.

36. Plaintiff questioned why he was being treated differently than his Caucasian co-workers and was told "you know I don't see color".

37. On or around November 12, 2017, Brown was pressuring Plaintiff to close more sales contracts but locked Plaintiff out of the sale force system, while he was trying to enter his sales leads.

6

38. Plaintiff also made a major sale for the company, but commissions for that sale were given to another employee.

39. Plaintiff was eventually terminated on December 7, 2017.

40. Plaintiff was only paid $71,510.85 of the contracted $165,000 annually including expenditure monthly reimbursement detailed in the contract.

41. For the time Plaintiff was employed by Defendant, he performed labor and services in exchange for the promise to be paid the contracted wage of $12,500 plus $1,000 plus earned commissions.

42. At the time of termination Plaintiff was owed earned wages in the amount of at least $10,000.

43. Plaintiff has not been paid wages owed to him.

## PLAINTIFF'S FIRST CAUSE OF ACTION

### (§1981)

44. Plaintiff incorporates paragraphs 1 through 43 as fully set out verbatim.

45. Plaintiff's race and or color was a motivating factor in the Defendants subjecting the Plaintiff to different terms and conditions of employment and ultimately his termination.

46. Said conduct is in violation of 42 U.S.C. § 1981.

47. As a result of the Defendants' illegal actions, the Plaintiff has sustained compensatory damages, lost wages, and the value of benefits, and will continue to incur lost wages and job-related benefits into the future.

## COUNT II

### (Breach of contract)

48. Plaintiff incorporates paragraphs 1 through 47 as fully set of verbatim.

49. A contract was reached between Plaintiff and Defendants at that time that Plaintiff was employed with the Defendants as outlined in the written offer to the Plaintiff.

50. Plaintiff's termination violated the agreed upon terms of his employment with Defendants by failing to employ him for the guaranteed term, failing to reimburse Plaintiff for expenses as outlined in the contract, and failing to fully compensate the Plaintiff for the salary he was promised.

51. The above and foregoing actions of Defendant constitute a breach of contract.

52. As a result of Defendants' breach of contract, Plaintiff has suffered damages of at least $90,489.15 for amounts still owing under the contract.

## COUNT III

### (Neb. Wage Payment and Collections Act)

8

53. Plaintiff incorporates paragraphs 1 through 52 as fully set of verbatim.

54. Defendant agreed to pay the Plaintiff a salary plus commission on sales made by the Plaintiff at the time the customer paid on their account.

55. Plaintiff was induced to perform based on the parties' agreement of payment of salary and a sales commission.

56. Plaintiff is entitled to salary and a sales commission for performing the services agreed upon by the parties in the amount of at least $10,000.

57. Defendant's willful refusal to pay Plaintiff's wages for services performed constitutes a breach of the Nebraska Wage Payment and Collection Act, Neb. Rev. Stat. § 48-1228 et seq.

58. As a result of Defendant's willful actions, Plaintiff has suffered lost wages and is entitled to a like sum for amounts incurred and not paid, and attorney's fees.

## CLAIM FOR RELIEF

**WHEREFORE**, the Plaintiff respectfully requests this Court to issue a judgment against the Defendants and:

    a)    Award damages to compensate Plaintiff for his lost wages, lost benefits;

    b)    Award the Plaintiff front pay in lieu of reinstatement;

    c)    Award damages to the Plaintiff in the amount of at least

9

d)   Award damages of at least $10.000 to compensate Plaintiff for the wages he is owed;

e)   Assess liquidated damages against Defendant for the willful

violation of the Wage Payment and Collection Act;

f)   Assess a like amount against Defendant for the willful violation

of the Wage Payment and Collections Act to be paid to the unified school fun as prescribed by statute; and

g)   Award Plaintiff reasonable attorney fees and costs of this trial; and

h)   Award the Plaintiff such further relief as the Court deems just and proper.

Plaintiff hereby demands a Jury Trial.

                              **MICHAEL DEMPS**, Plaintiff

                              By_Abby Osborn_____
                              Abby Osborn, #24527
                              Shiffermiller Law Office, P.C., L.L.O.
                              1002 G Street
                              Lincoln, Nebraska 68508
                              402-484-7700
                              402-484-7714 (fax)

## PRAECIPE

TO THE CLERK OF SAID COURT:

Please issue summons and deliver the same to the Plaintiff's counsel for service by certified mail upon:

JVB Consulting
Jeff Galyen, Reg. Agent
100 N. 13th Street, Suite 300
P.O. Box 1623
Norfolk, Nebraska 68701

Express Distribution, LLC
David Dickson, Reg. Agent
851-238th Street
Milford, Nebraska 68405

so that said summons may be served on Defendants by certified mail.

_____Abby Osborn_____
Abby Osborn

11

Image ID:
D00621282D01

**SUMMONS**

Doc. No.    621282

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha                NE 68183


Michael Demps v. JVB Consulting

Case ID: CI 19    5621


TO:   JVB Consulting

**FILED BY**

Clerk of the Douglas District Court
07/18/2019

You have been sued by the following plaintiff(s):

    Michael Demps


Plaintiff's Attorney:    Abby K Osborn
Address:                 1002 G Street
                         Lincoln, NE 68508

Telephone:               (402) 484-7700

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  JULY 18, 2019        BY THE COURT:   John M. Friend
                                                Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        JVB Consulting
        Jeff Galyen, Reg Agt
        100 N. 13th St, Ste. 300
        Norfolk, NE 68701

Method of service:   Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

Image ID:
D00621283D01

**SUMMONS**

Doc. No.   621283

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha          NE 68183

Michael Demps v. JVB Consulting

Case ID: CI 19      5621

TO:   Express Distribution, LLC

**FILED BY**
Clerk of the Douglas District Court
07/18/2019

You have been sued by the following plaintiff(s):

Michael Demps

Plaintiff's Attorney:   Abby K Osborn
Address:                1002 G Street
                        Lincoln, NE 68508

Telephone:              (402) 484-7700

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  JULY 18, 2019        BY THE COURT:  John M. Friend
                                           Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Express Distribution, LLC
        David Dickson, Reg. Agt.
        851-238th Street
        Milford, NE 68405

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

Image ID:
D00621282D01

**SUMMONS**

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI190005621
Transaction ID: 0009071320
Filing Date: 07/26/2019 10:43:09 AM CDT

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha               NE 68183

Michael Demps v. JVB Consulting

Case ID: CI 19     5621

TO:   JVB Consulting

You have been sued by the following plaintiff(s):

    Michael Demps

Plaintiff's Attorney:      Abby K Osborn
Address:                   1002 G Street
                           Lincoln, NE 68508

Telephone:                 (402) 484-7700

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:   JULY 18, 2019       BY THE COURT:   *John M. Friend*
                                              Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

        JVB Consulting
        Jeff Galyen, Reg Agt
        100 N. 13th St, Ste. 300
        Norfolk, NE 68701

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JVB Consulting
Jeff Galyn, Reg. Agent
100 N. 13th St, Ste. 300
P.O. Box 1623
Norfolk, NE 68701

9590 9402 5047 9092 4425 63

2. Article Number (Transfer from service label)

7019 0160 0001 1128 0023

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tiffany Cleveford          ☐ Agent
                              ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
Tiffany Clevebird              7-24-19
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

To:
Case ID: CI 19    5621

**U.S. Postal Service™**
**CERTIFIED MAIL® RE**
**Domestic Mail Only**

For delivery information, visit our website

OFFICIAL

Certified Mail Fee  $ 3.50
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)        $ 2.80
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage  $ .80
Total Postage and Fees  $ 7.10
Sent To  JVB Consulting Jeff-Galyn, Reg. Agt.
Street and Apt. No., or PO Box No.  100 N. 13th St., Ste. 300
P.O. Box 1623
City, State, ZIP+4  Norfolk, NE 68701

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

TOTAL    $ _____

Date: _____    BY: _____
                            (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: ___ JVB Consulting

At the following address: ___ Jeff Galyn, Reg. Agt.
___ 100 N. 13th St., Ste. 300
___ Norfolk, NE 68701

on the 18th day of July 2019, as required by Nebraska state law.

Postage $ 7.10    Attorney for: Plaintiff Michael Demps

The return receipt for mailing to the party was signed on July 24, 2019.

To: JVB Consulting
Jeff Galyen, Reg Agt
100 N. 13th St, Ste. 300
Norfolk, NE 68701

From: Abby K Osborn
1002 G Street
Lincoln, NE 68508

ATTACH RETURN RECEIPT & RETURN TO COURT

# Certificate of Service

I hereby certify that on Friday, July 26, 2019 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

JVB Consulting service method: No Service

Express Distribution, LLC service method: No Service

Signature: /s/ Abby Osborn (Bar Number: 24527)

Image ID:
D00621283D01

**SUMMONS**

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI190005621
Transaction ID: 0009071320
Filing Date: 07/26/2019 10:43:09 AM CDT

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha                    NE 68183


Michael Demps v. JVB Consulting

Case ID: CI 19    5621


TO:   Express Distribution, LLC



You have been sued by the following plaintiff(s):

     Michael Demps




Plaintiff's Attorney:    Abby K Osborn
Address:                 1002 G Street
                         Lincoln, NE 68508

Telephone:               (402) 484-7700

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:   JULY 18, 2019        BY THE COURT:   *John M. Friend*
                                             Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Express Distribution, LLC
        David Dickson, Reg. Agt.
        851-238th Street
        Milford, NE 68405

Method of service:   Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

## SERVICE RETURN

Doc. No.   621283

To:
Case ID: CI 19     5621 M

**U.S. Postal Service™**
**CERTIFIED MAIL® RE**
Domestic Mail Only

For delivery information visit our website

OFFICIAL

| Certified Mail Fee | |
|---|---|
| $ | 350 |

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)        $ 9.00
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage    .80

Total Postage and Fees    7.10

Sent To  Express Distribution
David Dickson, Reg Agent
Street and Apt. No., or PO Box No. 851-238th St.
City, State, ZIP+4 Milford, NE 68405

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Express Distribution, LLC
David Dickson, Reg. Agent
851-238th St.
Milford, NE 68405

9590 9402 5047 9092 4425 56

2. Article Number (Transfer from service label)
7018 3090 0001 6098 0091

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____        ☐ Agent
                          ☐ Addressee
B. Received by (Printed Name)      C. Date of Delivery
DAVID DICKINSON        7/23/19
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ___ il Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

TOTAL    $ _____

Date: _____        BY: _____
                                (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _Express Distribution_

At the following address: _David Dickson, Reg. Agt._
_851-238th St._
_Milford, NE 68405_

on the _18th_ day of _July_ _2019_ as required by Nebraska state law.

Postage $ _7.10_   Attorney for: _Plaintiff Michael Demps_

The return receipt for mailing to the party was signed on _July 23, 2019_

To: Express Distribution, LLC
David Dickson, Reg. Agt.
851-238th Street
Milford, NE 68405

From: Abby K Osborn
1002 G Street
Lincoln, NE 68508

## ATTACH RETURN RECEIPT & RETURN TO COURT

# Certificate of Service

I hereby certify that on Friday, July 26, 2019 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Express Distribution, LLC service method: No Service

JVB Consulting service method: No Service

Signature: /s/ Abby Osborn (Bar Number: 24527)